UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>Fidelity and Deposit Company of Maryland et al,<br><br>　　　　　　　　Defendant(s). | 26-CV-2056 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　This case was initiated on March 12, 2026.  ECF No. 1.  On March 17, 2026, this Court issued an order scheduling an initial pretrial conference for June 5, 2026.  ECF No. 3.  Pursuant to that order, the parties were ordered to file on ECF a joint letter, the contents of which were described therein, as well as a proposed Civil Case Management Plan and Scheduling Order by May 28, 2026.  To date, the parties have not filed these materials.  Further, no counsel has appeared on behalf of the defendants in this matter and no proof of service on the defendants has been filed on the docket.  Pursuant to FRCP 4(m), defendants must be served within 90 days of the filing of the complaint.

　　Holding an initial pretrial conference at this time is not an effective use of judicial resources.  Thus, the conference scheduled for June 5, 2026 at 2 P.M. is **ADJOURNED** to **July 15, 2026** at **2:30 P.M.**  All other aspects of the Court's March 17th order remain operative.

　　Further, Plaintiff is ordered to file proof of service on the docket by **June 10, 2026**, or to provide a letter, not to exceed 1 page, showing good cause for Plaintiff's failure to serve defendants.  Failure to file proof of service or to show cause for such failure will result in dismissal of this matter, without prejudice, in accordance with FRCP 4(m).

　　SO ORDERED.

Dated: June 4, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge