MEMO ENDORSED

Davis Wright Tremaine LLP

Application **GRANTED**. Plaintiff shall file any amended complaint by **September 16, 2026** and Defendants shall answer, move, or otherwise respond by **October 14, 2026**. Further, the Initial Pretrial Conference scheduled for September 22, 2026 is **ADJOURNED** to **October 28, 2026** at 11:30 A.M. All other aspects of the Court's March 17, 2026 Order remain operative. ECF No. 3. The Clerk of Court is respectfully requested to terminate ECF No. 20.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Dale E. Ho
United States District Judge

September 9, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States of America, for the use and benefit of Leavitt & Parris, Inc. v. Fidelity and Deposit Company of Maryland, et al.*, Case No. 26 Civ. 2056 (DEH)

Dear Judge Ho:

This firm represents Defendants Fidelity and Deposit Company of Maryland and Zurich North America Insurance Company in the above-referenced action. Pursuant to Rule 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, the parties jointly write to propose a schedule for Plaintiff to amend its Complaint and for Defendants to respond to the amended pleading. Specifically, the parties respectfully request that Plaintiff's deadline to file an Amended Complaint be set for September 16, 2026, and that Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint be set for October 14, 2026.

Good cause exists for the proposed schedule. Plaintiff intends to amend its Complaint to address certain outdated allegations and revise the damages figures alleged in the current Complaint. The parties have also been actively engaged in settlement discussions. The requested schedule would allow Plaintiff to amend its Complaint before Defendants respond, while the parties continue their settlement discussions.

In tandem, the parties respectfully request that the initial pretrial conference currently scheduled for September 22, 2026 be adjourned until after Defendants respond to the forthcoming Amended Complaint. The parties are available for a rescheduled initial pretrial conference via Microsoft Teams on October 19, 26, or 28, 2026, or on another date convenient for the Court.

This is the parties' third request to adjourn the initial pretrial conference. The Court previously granted two requests to extend Defendants' deadline to respond to the Complaint and to adjourn the initial pretrial conference. *See* ECF Nos. 17, 19. A proposed form of order is included below for the Court's convenience.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*<u>/s/ Mohammad B. Pathan</u>*
Mohammad B. Pathan

cc: All Counsel of Record

***

**Application GRANTED. Plaintiff shall file an Amended Complaint by September 16, 2026. Defendants shall answer, move, or otherwise respond to the Amended Complaint by October 14, 2026. The initial pretrial conference currently scheduled for September 22, 2026 is adjourned to ____________, 2026 at ____________. All other aspects of the Court's March 17, 2026 Order remain operative. *See* ECF No. 3.**

SO ORDERED:

_______________________________________

Dale E. Ho, U.S.D.J. September ___, 2026
United States District Judge