UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, for the use and benefit of LEAVITT & PARRIS, INC.,

Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, et al.,

Defendants.

26 Civ. 2056 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On October 22, 2026, the parties filed a joint status letter and proposed case management plan in advance of the initial pretrial conference scheduled for October 28, 2026, at 11:30 a.m. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

If the parties seek a referral to the District's mediation program at this time, they shall file a status letter so indicating by **October 27, 2026**.

SO ORDERED.

Dated: October 23, 2026
New York, New York

DALE E. HO
United States District Judge